174 A.3d 523

STRUCTURED ASSETS TRUST, PLAINTIFF-RESPONDENT,
v. RANDALL R. LONG, DEFENDANT-PETITIONER,
AND CHARLOTTE F. LEWIS, DEFENDANT.

C–139 September Term 2017
079329

October 16, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

230

A petition for certification of the judgment in A–000164–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.